**Electronically Filed**
**Supreme Court**
**SCWC-20-0000084**
**23-JAN-2025**
**07:57 AM**
**Dkt. 32 OGAC**

SCWC-20-0000084

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROXANNE K. LANE,
Petitioner/Claimant-Appellant-Appellant,

vs.

AVIS BUDGET GROUP, INC.,
Respondent/Employer-Appellee-Appellee,

and

FIRMS CLAIMS SERVICES,
Respondent/Insurance Adjuster-Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000084; CASE NO. AB 2017-006; DCD NO. 2-14-48809)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Amended Application for Writ of

Certiorari, filed on November 27, 2024, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, January 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

